**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>   Lucille Simpkins,<br><br>            Debtor. | Case No. 23-11050-amc<br><br>Chapter 7 |

### Order Granting Debtor's Motion to Approve
### Terri Simpkins as Debtor's Next Friend

**AND NOW**, upon consideration of the Debtor's Motion to Approve Terri Simpkins as Debtor's Next Friend, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Terri Simpkins is **APPROVED** as next friend for the Debtor in this case effective April 11, 2023.

3. Terri Simpkins has the authority to take all actions required by the Debtor as debtor during the pendency of the case, including filing the voluntary petition and testifying on behalf of the Debtor at the meeting of creditors.

Dated: May 3, 2023

_____
U.S. Bankruptcy Judge