**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Lucille Simpkins,<br><br>Debtor. | Case No. 23-11050-amc<br><br>Chapter 7 |

**Order Granting Debtor's Motion for Waiver of Credit Counseling and Financial Management Course Requirements**

**AND NOW**, upon consideration of the Debtor's Motion for Waiver of Credit Counseling and Financial Management Course Requirements, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The Debtor's obligation to complete a pre-petition credit counseling course is **WAIVED**.
3. The Debtor's obligation to complete a pre-discharge financial management course is **WAIVED**.

Date: May 3, 2023

U.S. Bankruptcy Judge