UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    LUCILLE SIMPKINS<br><br><br>                          Debtor | Chapter 13<br><br>Bankruptcy No. 23-11050-AMC |

CERTIFICATE OF SERVICE

      I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 2nd day of April, 2024 by first class mail upon those listed below:

LUCILLE SIMPKINS
2700 CHESTNUT PARKWAY
WALLINGFORD, PA  19086

**Electronically via ECF/System ONLY:**

MICHAEL A CIBIK, ESQ

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                                                  */s/ Kenneth E. West, Esq.*
                                                  Kenneth E. West, Esq.
                                                  Standing Chapter 13 Trustee