# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Lucille Simpkins,<br><br>　　　　　　　　*Debtor*. | Case No. 23-11050-AMC<br>Chapter 13 |

## Praecipe to Re-List

To the Clerk of Court:

　　Please list the Debtor's First Amended Chapter 13 Plan for a confirmation hearing before Chief U.S. Bankruptcy Judge Ashely M. Chan on August 20, 2024, at 10:00 a.m. in Courtroom No. 4. Thank you.

Date: July 2, 2024　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　　*Attorney for Debtor*

　　　　　　　　　　　　　　　　　　　　By: _/s/ Mike Assad_
　　　　　　　　　　　　　　　　　　　　Mike Assad (#330937)
　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　help@cibiklaw.com