United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lucille Simpkins  
    Debtor

Case No. 23-11050-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 21, 2024      Form ID: 155      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lucille Simpkins, 2700 Chestnut Parkway, Wallingford, PA 19086 |
| 14772850 | Chestnut Ridge Wallingford, 2700 Chestnut Parkway, Wallingford, PA 19086 |
| 14772859 | International City Holdings LLC, 7900 Lindbergh Blvd Ofc 4400, Philadelphia, PA 19153-2016 |
| 14772867 | Terri Simpkins, 8505 Gibson Pl, Philadelphia, PA 19153-1533 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14772848 | | Email/Text: rm-bknotices@bridgecrest.com | Aug 22 2024 00:26:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 14773682 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2024 00:43:43 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14772852 | | Email/Text: megan.harper@phila.gov | Aug 22 2024 00:26:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14772849 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2024 00:59:36 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14820066 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2024 00:28:13 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14834400 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2024 00:46:05 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14772851 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2024 00:28:13 | Citibank, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14772853 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2024 00:26:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14772854 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2024 00:43:58 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14772855 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2024 00:28:10 | Department Stores National Bank, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14772856 | | Email/Text: BNSFN@capitalsvcs.com | Aug 22 2024 00:26:00 | First National Bank, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14772857 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Aug 22 2024 00:26:00 | Freedom Credit Union, Attn: Bankruptcy Attn: Bankruptcy, 626 Jacksonville Road , Suite 250, Warminster, PA 18974-4862 |
| 14772858 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2024 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: 155 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14824323 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 22 2024 00:27:30 | 19101-7346<br>MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14772860 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 22 2024 00:27:30 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14772861 | + | Email/PDF: pa_dc_claims@navient.com | Aug 22 2024 00:45:32 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14772862 | | Email/Text: fesbank@attorneygeneral.gov | Aug 22 2024 00:26:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14772863 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14772864 | ^ | MEBN | Aug 22 2024 00:12:41 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14772865 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 00:28:07 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14772866 | + | Email/Text: bncmail@w-legal.com | Aug 22 2024 00:26:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14772868 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 22 2024 00:26:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14772869 | ^ | MEBN | Aug 22 2024 00:12:30 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: 155 | Total Noticed: 27 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Lucille Simpkins help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Lucille Simpkins<br><br>   Debtor(s). | Case No. 23−11050−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 21, 2024

                                                        For The Court

                                                        Ashely M. Chan
                                                        Chief Judge, United States Bankruptcy Court