**Exhibit B**
**Summary and Itemization of Fees**

| Case Number | | Debtor Name | Period | |
|---|---|---|---|---|
| 23-11050 | | Simpkins | 04/03/2023-09/25/2025 | |
| Date | Staff | Description | | Hours |
| 04/03/2023 | Attorney | Initial consultation | | 1.50 |
| 04/11/2023 | Attorney | Drafted petition, schedules, means test, matrix list of creditors | | 3.00 |
| 04/11/2023 | Attorney | Drafted motion to appoint next friend and appeared at hearing | | 1.50 |
| 04/11/2023 | Attorney | Drafted motion to waive credit counseling and appeared at hearing | | 1.00 |
| 06/05/2023 | Attorney | Attended first chapter 7 meeting of creditors | | 2.00 |
| 06/20/2023 | Attorney | Attended second chapter 7 meeting of creditors | | 2.00 |
| 07/14/2023 | Attorney | Attended third chapter 7 meeting of creditors | | 1.00 |
| 08/29/2023 | Attorney | Drafted motion to convert to chapter 13 | | 0.50 |
| 09/20/2023 | Attorney | Drafted chapter 13 plan | | 1.00 |
| 11/15/2023 | Attorney | Prepared tax returns | | 1.00 |
| 07/02/2024 | Attorney | Prepared first amended chapter 13 plan | | 0.60 |
| Various | Attorney | Drafted various amended schedules | | 1.00 |
| 07/02/2024 | Attorney | Reviewed all proofs of claim for facial validity | | 0.50 |
| 11/22/2023 | Attorney | Represented debtor at chapter 13 meeting of creditors | | 0.40 |
| Various | Attorney | Various contact with debtor's next friend to discuss case status and issues | | 2.50 |
| 09/25/2025 | Attorney | Reviewed time slips and prepared fee application | | 0.50 |

|  |  |
|---|---|
| Total Attorney Hours | 20.00 |
| Attorney Hourly Rate | $350.00 |
| **Attorney Total** | **$7,000.00** |
| Total Paralegal Time | 0.00 |
| Paralegal Hourly Rate | $125.00 |
| **Paralegal Total** | **$0.00** |
| Subtotal | $7,000.00 |
| **Grand Total** | **$7,000.00** |
| Pre-Petition Payment | $2,000.00 |
| **Balance Due** | **$5,000.00** |