# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Lucille Simpkins,

              Debtor.

Case No. 23-11050-AMC

Chapter 13

### Certificate of No Response to Application for Compensation

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the application for compensation filed on September 25, 2025, as ECF No. 65.

I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, responses to the application were to be filed and served on or before October 9, 2025.

Date: January 14, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com